IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS LAMONTE BROWN,

       Plaintiff,

v.                                                          No. CV 11-0189 JP/GBW
                                                 CR 10-2434 JP

UNITED STATES OF AMERICA,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on May 9, 2011.  *Doc. 13.*  The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review.  *See id.* at 3; *see also Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).  To date, neither party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.  Accordingly, the Proposed Findings and Recommended Disposition of the Magistrate Judge is adopted.

Wherefore,

IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 13*) is ADOPTED;

IT IS FURTHER ORDERED that Petitioner's application for habeas relief pursuant

to 28 U.S.C. § 2255 is DENIED and his claims are dismissed without prejudice.


_____

UNITED STATES DISTRICT JUDGE